IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: _____ |
| MUHIYYUDIN JOHNSON | : | VIOLATION:<br>18 U.S.C. § 922(g) (possession of a firearm |
| | : | by a felon – 1 count)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 19, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MUHIYYUDIN JOHNSON**

knowing he had previously been convicted in a court in the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock Model 22 .40 caliber semi-automatic pistol, bearing serial number SC0405HP, loaded with 21 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**MUHIYYUDIN JOHNSON**

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such offenses, including, but not limited to:

1. a Glock Model 22 .40 caliber semi-automatic pistol, bearing serial number SC0405HP, and,

2. twenty-one live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____ /for
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of Pennsylvania*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

MUHIYYUDIN JOHNSON

## INDICTMENT

18 U.S.C. § 922(g) (possession of a firearm by a felon – 1 count)
Notice of forfeiture



*Foreman*

Filed in open court this \_\_15th\_\_ day,
of \_\_August\_\_ A.D. 20\_23\_

_____ *Clerk*

Bail, $ _____